**TIMES NEWS PUBL'G CO. v. ALAMANCE-BURLINGTON BD. OF EDUC.**

[367 N.C. 782 (2015)]

| | | |
|---|---|---|
| THE TIMES NEWS PUBLISHING COMPANY, d/b/a Times-News | ) ) ) ) | |
| v. | ) ) ) | From Alamance County |
| THE ALAMANCE-BURLINGTON BOARD OF EDUCATION, d/b/a Alamance-Burlington Schools or The Alamance-Burlington School System; and DR. WILLIAM HARRISON, in his capacity as Interim Superintendent of Alamance-Burlington School System | ) ) ) ) ) ) ) | |

No. 477P14

ORDER

The record presented to the Court does not indicate the extent, if any, to which the Court of Appeals considered N.C.G.S. § 132-9(a) in ruling on Plaintiff-Appellant's petition. Plaintiff-Appellant's Petition for Expedited Review and Writ of Certiorari is allowed for the limited purpose of remanding the matter to the Court of Appeals with instructions to reconsider Plaintiff-Appellant's filing in light of N.C.G.S. § 132-9(a) to the extent necessary to ensure compliance with that statutory provision.

By order of the Court in Conference, this 22nd day of January, 2015.

s/Ervin, J.
For the Court